Argued and submitted February 24, reversed and remanded September 6,
Willamette Industries' petition for review and DEQ's petition for review allowed
December 19, 1995 (322 Or 420)

In the Matter of the
Air Contaminant Discharge Permit
Application of Willamette Industries, Inc.

### LOCAL NO. 290,
### PLUMBERS AND PIPEFITTERS,
and on behalf of certain
individual members residing in Albany, Oregon,
and Royce Clouse,
*Appellants,*

*v.*

### OREGON DEPARTMENT OF
### ENVIRONMENTAL QUALITY
and Environmental Quality Commission of Oregon,
*Respondents,*

*and*

### WILLAMETTE INDUSTRIES, INC.,
*Intervenor-Respondent.*

(9302-00754; CA A81725)

901 P2d 919

Linda K. Williams argued the cause and filed the brief for appellants.

John T. Bagg, Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

William H. Walters argued the cause for intervenor-respondent. With him on the brief were John F. Neupert and Miller, Nash, Wiener, Hager & Carlsen.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.